The Honorable S. Kate Vaughan

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TONY SAMOUN,<br><br>Defendant. | CASE NO.  MJ24-664<br><br>COMPLAINT for VIOLATION<br><br>18 U.S.C. §§ 922(g)(1) |

BEFORE The Honorable S. Kate Vaughan, United States Magistrate Judge, United States Courthouse, Seattle, Washington.

The undersigned complainant duly sworn states:

## COUNT 1

**(Possession of a Controlled Substance with Intent to Distribute)**

On or about February 15, 2024, in King County, within the Western District of Washington, and elsewhere, TONY SAMOUN did knowingly and intentionally possess, with the intent to distribute, methamphetamine, a substance controlled under Title 21, United States Code.

The Grand Jury further alleges that the offense involved 50 grams or more of methamphetamine, its salts, isomers, or salts of its isomers.

Complaint - 1
*United States v. Samoun* / USAO #2024R00486

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT 2

### (Unlawful Possession of a Firearm – Upstairs Bedroom)

On or about February 15, 2024, in King County, within the Western District of Washington, TONY SAMOUN, knowing that he had been convicted of the following crimes punishable by a term of imprisonment exceeding one year:

i. *Unlawful Possession of a Firearm in the First Degree,* in cause number 16-1-03185-1 in the Superior Court of King County, on or about March 16, 2017;

ii. *Theft of a Firearm*, in cause number 07-1-04325-6 in the Superior Court of King County, on or about February 22, 2008;

iii. *Residential Burglary,* in cause number 07-1-04325-6 in the Superior Court of King County, on or about February 22, 2008; and

iv. *Violation of Uniform Control Substance Act,* in cause number 07-C-08080-1 in the Superior Court of King County, on or about February 22, 2008

did knowingly possess, in and affecting interstate and foreign commerce, a firearm, that is, an Azimuth Technology (Brownells), model BRN-22T, .22LR caliber firearm, that had been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 3

### (Unlawful Possession of Ammunition – Person)

On or about February 15, 2024, in King County, within the Western District of Washington, TONY SAMOUN, knowing that he had been convicted of the following crimes punishable by a term of imprisonment exceeding one year:

i. *Unlawful Possession of a Firearm in the First Degree,* in cause number 16-1-03185-1 in the Superior Court of King County, on or about March 16, 2017;

Complaint - 2
*United States v. Samoun* / USAO #2024R00486

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

ii.   *Theft of a Firearm*, in cause number 07-1-04325-6 in the Superior Court of King County, on or about February 22, 2008;

iii.   *Residential Burglary,* in cause number 07-1-04325-6 in the Superior Court of King County, on or about February 22, 2008; and

iv.   *Violation of Uniform Control Substance Act,* in cause number 07-C-08080-1 in the Superior Court of King County, on or about February 22, 2008

did knowingly possess, in and affecting interstate and foreign commerce, one piece of 9mm ammunition manufactured by Companhia Brasileira de Cartuchos/Magtech, that had been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 4

### (Unlawful Possession of Firearms – Storage Unit)

On or about February 15, 2024, in King County, within the Western District of Washington, TONY SAMOUN, knowing that he had been convicted of the following crimes punishable by a term of imprisonment exceeding one year:

i.   *Unlawful Possession of a Firearm in the First Degree,* in cause number 16-1-03185-1 in the Superior Court of King County, on or about March 16, 2017;

ii.   *Theft of a Firearm*, in cause number 07-1-04325-6 in the Superior Court of King County, on or about February 22, 2008;

iii.   *Residential Burglary,* in cause number 07-1-04325-6 in the Superior Court of King County, on or about February 22, 2008; and

iv.   *Violation of Uniform Control Substance Act,* in cause number 07-C-08080-1 in the Superior Court of King County, on or about February 22, 2008

did knowingly possess, in and affecting interstate and foreign commerce, firearms, that is:

Complaint - 3
*United States v. Samoun* / USAO #2024R00486

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

i.    an Aero Precision, model X15, multi-caliber receiver; and

ii.    a Norinco (Navy Arms Co.), model TU-90, 9mm pistol

that had been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## AFFIANT BACKGROUND

2.    I, Kit K. Radosevich, being first duly sworn on oath, depose and say: I am an "investigative or law enforcement officer of the United States" within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Title 18, United States Code, Section 2516.

3.    I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), and have been so employed since 2015. As a Special Agent, I am authorized to investigate violations of laws of the United States, and to execute warrants issued under the authority of the United States. I am familiar with and have received formal training regarding the enforcement of federal firearms, arson, and explosives laws, including completion of the Federal Law Enforcement Training Center's Criminal Investigator Training Program, and ATF's Special Agent Basic Training Program in Glynco, Georgia. During my employment, I have also conducted, and participated in a variety of investigations, including investigations into violations of federal firearms laws. Prior to joining the ATF, I worked as a corporate accountant, and I maintain a license as a Certified Public Accountant (CPA).

4.    The information set forth in this affidavit is based upon my own investigation, police reports, the investigation conducted by others, and the details related to me by others familiar with this matter. Because this affidavit is made for the limited purpose of establishing probable cause, I have not listed every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that Tony SAMOUN committed the offenses of Possession of a Controlled Substance with Intent to Distribute, in violation of Title 21,

Complaint - 4
*United States v. Samoun* / USAO #2024R00486

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Unlawful Possession of Firearms and Ammunition, in violation of Title 18, United States Code, Section 922(g).

5.      The information in this complaint is based on my investigation, along with the investigation conducted by other law enforcement officers, conversations with law enforcement officers, and review of law enforcement documents.  It also does not purport to state every fact known to law enforcement, but rather only to establish probable cause to conclude that TONY SAMOUN committed the charges set forth above.

## SUMMARY OF PROBABLE CAUSE

6.      In December 2023, Kent Police Department (KPD) officers were investigating several individuals who were engaged in vehicle theft and illicit disassembly and sale of stolen motor vehicles.   On December 13, 2023, at approximately 4:29 p.m., KPD officers responded to 9613 South 240th Street in Kent after a tracking device indicated that a stolen Ford F350, bearing vehicle identification number 1FTSW31L52EB50113, was located at this address.  Officers met with D.W., the owner of the vehicle, who confirmed that his truck was still stolen.  A truck matching D.W.'s could be seen on the property from the sidewalk on South 240th Street.

7.      An approximately four-foot cedar fence gate was blocking the driveway and access to the front door of the residence.  KPD officers waited on the outside of the gate for the residents of the property to come speak with them.  Defendant Tony SAMOUN subsequently approached the officers and told them he lived at the residence. (Officers confirmed that Washington State Department of Licensing records listed the property as SAMOUN's listed residential address.)  Officers explained to SAMOUN that a stolen F350 truck was tracking to his property and asked permission to search the property for the truck.  SAMOUN consented to the search.  He further told officers that he is a self-taught mechanic, and his friends and clients bring vehicles to his property to work on.  SAMOUN stated that he was unaware that any of the vehicles were stolen and asked the officers to remove all stolen vehicles from his property.  During the consensual search of the property, officers located the stolen Ford F350, as well as five other stolen vehicles, and one stolen utility trailer.

8.      Officers subsequently interviewed SAMOUN's neighbor, M.G., who told them that every night she observed people bringing multiple vehicles to SAMOUN's residence, where they were then taken apart.  M.G. stated that there were new cars on the property daily and that the noise from the power tools prevented her from sleeping.  M.G. permitted officers to come into her house to look at the fenced-in, exterior portion of SAMOUN's residence.  From the kitchen officers saw fifteen total vehicles parked on the property, with a number of them missing license plates, as well as various car parts scattered across the yard.  Five of the vehicles appeared to be in different stages of being disassembled or dismantled or had deteriorated to the point they would not be lawful to operate on the highways of Washington State.

9.      Based upon these observations, the recovery of the stolen vehicles from SAMOUN's property, and statements made by M.G., KPD opened an investigation into SAMOUN and the activity occurring at his residence.  Over the next several weeks, KPD officers conducted additional surveillance and gathered additional information indicating that SAMOUN and his associates were involved in illegally dissembling stolen vehicles.

10.      On January 3, 2024, law enforcement conducted surveillance on SAMOUN and observed him load a trailer attached to a red Honda CR-V with vehicle parts that were stored in his garage.  Surveillance officers followed SAMOUN as he drove to a Public Storage facility located at 10434 SE 244th Street in Kent.  Officers spoke to the on-duty employee at the facility, who confirmed that SAMOUN had rented Unit 1507 and had opened his account on December 27, 2023.  Officers walked around the facility and saw SAMOUN loading and unloading vehicle parts into and out of Unit 1507, which officers saw was filled from the floor to the ceiling with vehicle parts.

11.      Officers obtained access logs from the storage unit to determine the dates and times that the access code assigned to Unit 1507 was used to enter and exit the facility.  These records showed that the unit was accessed the following dates and times:

Entered December 27, 2023, at 2:46 p.m. and exited at 2:51 p.m.

Entered December 29, 2023, at 3:01 p.m. and exited at 4:44 p.m.

Entered January 3, 2024, at 3:55 p.m. and exited at 5:07 p.m.

Complaint - 6
*United States v. Samoun* / USAO #2024R00486

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Entered January 6, 2024, at 12:47 p.m. and exited at 1:56 p.m.

Entered January 6, 2024, at 4:27 p.m. and exited at 4:57 p.m.

Entered January 22, 2024, at 8:01 p.m. and exited at 8:16 p.m.

Entered January 23, 2024, at 10:48 a.m. and exited at 12:02 p.m.

Entered January 28, 2024, at 4:27 p.m. and exited at 5:39 p.m.

Entered January 29, 2024, at 1:37 p.m. and exited at 1:42 p.m.

Entered February 2, 2024, at 8:43 p.m. and exited at 8:51 p.m.

Review of surveillance video provided by the storage unit facility for the corresponding dates and times indicated that SAMOUN was the only individual that entered and exited the unit when the access code for Unit 1507 was utilized.

12.    On January 12, 2024, law enforcement spoke to P.P., who is the owner of the 9613 South 240th Street property in Kent. P.P. stated that he had been renting the property to SAMOUN but was in the process of evicting him since SAMOUN was refusing to pay rent. P.P. stated that he had known SAMOUN since they were children, but they were no longer friends because of SAMOUN's refusal to pay rent. P.P. confirmed that SAMOUN had moved into the residence less than a year ago.

13.    On February 8, 2024, after a lengthy investigation into SAMOUN's activities with vehicles on his property, officers obtained a warrant to arrest SAMOUN for being an Unlicensed Vehicle Wrecker, in violation of RCW 46.80.020(1)(a), Theft of Motor Vehicle, in violation of RCW 9A.56.065, and First-Degree Theft, in violation of RCW 9A.56.030. The officers applied for and obtained warrants to search SAMOUN's residence at 9613 South 240th Street in Kent, and Public Storage Unit 1507, for evidence of these crimes.

14.    On February 15, 2024, law enforcement executed the search warrants. Officer arrived at SAMOUN's residence at approximately 6:30 a.m., parking in front of the house in an armored vehicle with red and blue emergency lights flashing and a loud audible siren. A hostage negotiator used the public address system to announce that police had warrants to search the property and arrest SAMOUN.

Complaint - 7
*United States v. Samoun* / USAO #2024R00486

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

15.     After this announcement, officers observed multiple individuals flee from the residence and run through neighboring backyards. Officers watching the south side of the property also saw an unidentified person toss a black pistol out of a window.  Officers also saw an unidentified person with a severe hunched back running from the house and jump fences into a neighboring backyard.  The individual was seen dropping a plastic bag of blue pills and a cell phone.  The pills were not field-tested but looked similar to counterfeit oxycodone pills.

16.     SAMOUN exited the residence through the front door and was placed under arrest.  KPD Officer Makings searched SAMOUN incident to arrest and located a 9mm bullet in the front right pocket of SAMOUN's shorts, which he was wearing under his sweatpants. During the subsequent search of the residence, officers located live pistol ammunition consistent with the ammunition found in SAMOUN's pocket.

17.     I have reviewed court records from various courts in the State of Washington, and therefore am aware that SAMOUN has prior felony convictions for which he was sentenced to, and served, more than twelve months of imprisonment. These convictions include:

i.      *Unlawful Possession of a Firearm in the First Degree,* in cause number 16-1-03185-1 in the Superior Court of King County, on or about March 16, 2017;

ii.     *Theft of a Firearm*, in cause number 07-1-04325-6 in the Superior Court of King County, on or about February 22, 2008;

iii.    *Residential Burglary,* in cause number 07-1-04325-6 in the Superior Court of King County, on or about February 22, 2008; and

iv.     *Violation of Uniform Control Substance Act,* in cause number 07-C-08080-1 in the Superior Court of King County, on or about February 22, 2008

18.     Upon beginning the search of SAMOUN's residence, officers located what they believed to be a firearm in the residence, as well as drug paraphernalia and other items consistent with packaging and using drugs.  Upon finding these items, officers stopped their search and applied for and were granted an amendment to both search warrants to search for and seize firearms, ammunition, and illegal drugs.

Complaint - 8
*United States v. Samoun* / USAO #2024R00486

19.     After the addendum was approved, officers began searching the property, garage and outbuildings.  In total, seven stolen vehicles were located.  Several of the vehicles were in the process of being disassembled or were otherwise missing major component parts.

20.     Officers searched an upstairs bedroom with a locked door that had to be forced open.  The bedroom contained large amounts of mail addressed to SAMOUN near a shoe rack, in drawers, under the bed, and on counter space in the room, as well as SAMOUN's birth certificate, a photo album containing pictures of SAMOUN, male clothing matching SAMOUN's size, and a key chain with a large metal ring that surveillance officers had observed SAMOUN wearing on multiple occasions.

21.     In this bedroom, officers located a black belt bag with a black "C" logo on the bottom right corner of the bag.  The bag was found with SAMOUN's mail on a shoe rack, with some of the mail beneath and some on top.  Inside the bag were several small baggies, a scale, and a plastic bag containing a white crystalline substance that field-tested positive for methamphetamine.  The substance was subsequently tested in a DEA laboratory and determined to contain 51.3 grams of pure methamphetamine.

22.     In the same room, officers also located five pieces of miscellaneous pistol ammunition on the floor, on the bed, and inside the closet.  A pistol magazine with live 9mm rounds was also recovered in the bedroom.

23.     Officers also searched another upstairs bedroom that appeared to be a storage room.  Inside the room, officers found more mail and documents addressed to SAMOUN, as well as a box with SAMOUN's name and an address of 10030 First Avenue South, Seattle, Washington.  The rest of the shipping label was destroyed but the box originated from an unknown address from Fort Campbell, Kentucky.  Officers also located an Azimuth Technology (Brownells), model BRN-22T, .22LR caliber rifle, as well as a magazine with five .22 caliber rounds.

24.     In another upstairs bedroom, officers found identification and/or court paperwork for three different individuals.  Officers found a BB gun with a collapsible stock in this room.  Officers also searched a downstairs bedroom that appeared to belong

Complaint - 9
*United States v. Samoun* / USAO #2024R00486

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

to a woman. Officers found women's clothing, purses on the walls, a mirror with makeup and other skin care products, as well as drug paraphernalia scattered throughout the room.

25. Officers also searched Public Storage Unit 1507. Upon opening the unit, officers found that it was filled to the ceiling with car parts, including wheels, rims, car seats, transmissions, radiators, and engines. Officers subsequently confirmed that several of these parts belonged to cars that had been reported as stolen.

26. In the storage unit, officers also found miscellaneous firearm parts, firearm magazines, hundreds of rounds of ammunition, firearms, frames for both pistols and rifles with no serial numbers, and two soft body armor vests.

27. Specifically, a green backpack and a gray Nike bag were found sitting on top of various items in the storage unit.

28. Inside the gray Nike duffel bag, officers found a complete Aero Precision, Model X15, multi-caliber lower receiver, a Norinco, Model TU-90, 9mm pistol, a high-capacity magazine capable of holding over 200 rounds of ammunition, a drum magazine capable of holding approximately fifty rounds of ammunition, and fifty-two (52) rounds of assorted ammunition. In addition, at least eleven upper rifle receivers and three lower rifle receivers in various stages of completion with no serial numbers were located in the gray Nike duffel bag, two suspected suppressors, and three frames for pistols in various stages of completion with no serial numbers, one of which was still in a jig designed to allow a layperson to complete the drilling required to finish the pistol frame for use.

29. Inside the green backpack, officers located numerous miscellaneous firearm parts, and a Freedom Wolf brand lower receiver for a rifle with no serial number.

30. In various areas of the storage unit, officers located a total of approximately 342 rounds of ammunition in various calibers.

I have consulted ATF Special Agent Brian Arnold, who is an expert at conducting interstate nexus reviews, regarding the firearms and ammunition referenced in Counts Two through Four of the Complaint. He advised me of the following:

Complaint - 10
*United States v. Samoun* / USAO #2024R00486

i.     The Azimuth Technology (Brownells), model BRN-22T, .22LR caliber rifle referenced in Count 2 was manufactured in the State of Florida;

ii.     the piece of 9mm ammunition referenced in Count 3 was manufactured by Companhia Brasileria de Cartuchos/Magtech outside the State of Washington,

iii.     the Aero Precision, model X15, multi-caliber receiver referenced in Count 4 was manufactured in the State of Washington. Aero Precision sent the firearm to Anodize Solutions in the State of Oregon on April 16, 2018, and received it back April 20, 2018; and

iv.     the Norcino (Navy Arms Co.), model Tu-90, 9mm pistol was manufactured in China.

31.    Based upon this information, I can conclude that the firearms and ammunition referenced in Counts Two through Four of the Complaint were either manufactured or assembled outside of the State of Washington, and therefore had traveled in interstate and/or foreign commerce.

//

//

//

Complaint - 11
*United States v. Samoun* / USAO #2024R00486

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**CONCLUSION**

32.    Based upon the foregoing and my training and experience, I respectfully submit there is probable cause to believe that TONY SAMOUN committed the crimes of Possession of a Controlled Substance with Intent to Distribute, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A); and Unlawful Possession of Firearms and Ammunition, in violation of Title 18, United States Code, Section 922(g)(1)

KIT RADOSEVICH    Digitally signed by KIT RADOSEVICH
Date: 2024.10.17 15:13:39 -07'00'

KIT K. RADOSEVICH, Complainant
Special Agent, Bureau of Alcohol,
Tobacco, Firearms, and Explosives

The above-named agent provided a sworn statement attesting to the truth of the contents of the foregoing affidavit, and based on the Complaint and Affidavit, the Court hereby finds that there is probable cause to believe that the Defendant committed the offenses set forth in the Complaint.

Dated this _18th day of October, 2024.

THE HONORABLE S. KATE VAUGHAN
United States Magistrate Judge