Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington.

October 31 20 24

Ravi Subramanian, Clerk

By _____ Deputy

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TONY SAMOUN,<br><br>Defendant. | NO. **CR24-203 RAJ**<br><br>**INDICTMENT** |

The Grand Jury charges that:

## COUNT 1

**(Possession of a Controlled Substance with Intent to Distribute)**

On or about February 15, 2024, in King County, within the Western District of Washington, TONY SAMOUN did knowingly and intentionally possess, with the intent to distribute, methamphetamine, a substance controlled under Title 21, United States Code.

The Grand Jury further alleges that the offense involved 50 grams or more of methamphetamine, its salts, isomers, or salts of its isomers.

Indictment - 1
*United States v. Samoun*
USAO No. 2024R00486

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT 2

### (Unlawful Possession of a Firearm – Upstairs Bedroom)

On or about February 15, 2024, in King County, within the Western District of Washington, TONY SAMOUN, knowing that he had been convicted of the following crimes punishable by a term of imprisonment exceeding one year:

i.  *Unlawful Possession of a Firearm in the First Degree,* in cause number 16-1-03185-1 in the Superior Court of King County, on or about March 16, 2017;

ii. *Theft of a Firearm,* in cause number 07-1-04325-6 in the Superior Court of King County, on or about February 22, 2008;

iii. *Residential Burglary,* in cause number 07-1-04325-6 in the Superior Court of King County, on or about February 22, 2008; and

iv. *Violation of Uniform Control Substance Act,* in cause number 07-C-08080-1 in the Superior Court of King County, on or about February 22, 2008;

did knowingly possess, in and affecting interstate and foreign commerce, a firearm, that is, an Azimuth Technology (Brownell's), model BRN-22T, .22LR caliber firearm, that had been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 3

### (Unlawful Possession of Ammunition – Person)

On or about February 15, 2024, in King County, within the Western District of Washington, TONY SAMOUN, knowing that he had been convicted of the following crimes punishable by a term of imprisonment exceeding one year:

i.  *Unlawful Possession of a Firearm in the First Degree,* in cause number 16-1-03185-1 in the Superior Court of King County, on or about March 16, 2017;

Indictment - 2
*United States v. Samoun*
USAO No. 2024R00486

    ii.    *Theft of a Firearm*, in cause number 07-1-04325-6 in the Superior Court of King County, on or about February 22, 2008;

    iii.    *Residential Burglary,* in cause number 07-1-04325-6 in the Superior Court of King County, on or about February 22, 2008; and

    iv.    *Violation of Uniform Control Substance Act,* in cause number 07-C-08080-1 in the Superior Court of King County, on or about February 22, 2008;

did knowingly possess, in and affecting interstate and foreign commerce, ammunition, that is: one round of Companhia Brasileira de Cartuchos/Magtech 9mm ammunition, that had been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 4

### (Unlawful Possession of Firearms – Storage Unit)

On or about February 15, 2024, in King County, within the Western District of Washington, TONY SAMOUN, knowing that he had been convicted of the following crimes punishable by a term of imprisonment exceeding one year:

    i.    *Unlawful Possession of a Firearm in the First Degree,* in cause number 16-1-03185-1 in the Superior Court of King County, on or about March 16, 2017;

    ii.    *Theft of a Firearm*, in cause number 07-1-04325-6 in the Superior Court of King County, on or about February 22, 2008;

    iii.    *Residential Burglary,* in cause number 07-1-04325-6 in the Superior Court of King County, on or about February 22, 2008; and

    iv.    *Violation of Uniform Control Substance Act,* in cause number 07-C-08080-1 in the Superior Court of King County, on or about February 22, 2008;

did knowingly possess, in and affecting interstate and foreign commerce, a firearm, that is:

Indictment - 3
*United States v. Samoun*
USAO No. 2024R00486

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

      i.  an Aero Precision, model X15, multi-caliber receiver; and

      ii.  a Norinco (Navy Arms Co.), model TU-90, 9mm pistol;

that had been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 5

### (Unlawful Possession of Silencers – Storage Unit)

On or about February 15, 2024, in King County, within the Western District of Washington, TONY SAMOUN did knowingly possess a silencer, that is:

      i.     one cylindrical device of unknown origin consisting of six silencer baffles, an outer tube, spacer, front endcap and rear endcap; and

      i.     one cylindrical device of unknown origin consisting of eight undrilled silencer baffles, an outer tube, spacer, front endcap and rear endcap; which were not registered to him in the National Firearms Registration and Transfer Record.

All in violation of Title 26, United States Code, Section 5861(d) and 5845(a)(7).

## FORFEITURE ALLEGATION

The allegations contained in Counts 1 through 5 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture. Upon conviction of the offense alleged in Count 1, TONY SAMOUN shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property that constitutes or is traceable to proceeds of the offense, as well as any property that facilitated the offense.

Upon conviction of any of the offenses alleged in Counts 2 through 4, TONY SAMOUN shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), by way of Title 28, United States Code, Section 2461(c), any firearms and ammunition that were involved in the offense.

Indictment - 4
*United States v. Samoun*
USAO No. 2024R00486

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Upon conviction of the offense alleged in Count 5, TONY SAMOUN shall forfeit to the United States, pursuant to Title 26, United States Code, Section 5872, by way of Title 28, United States Code, Section 2461(c), any firearms involved in this offense.

**Substitute Assets.** If any of the above-described forfeitable property, as a result of any act or omission of the defendant,

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or,

    e.    has been commingled with other property which cannot be divided without difficulty,

//

//

//

Indictment - 5
*United States v. Samoun*
USAO No. 2024R00486

it is the intent of the United States to seek the forfeiture of any other property of the defendant, up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL:

DATED: 10/31/2024

*Signature of Foreperson redacted pursuant to the policy of the Judicial Conference of the United States.*

_____

FOREPERSON

_____

TESSA M. GORMAN
United States Attorney

_____

TODD GREENBERG
Assistant United States Attorney

_____

CATHERINE L. CRISHAM
Assistant United States Attorney

Indictment - 6
*United States v. Samoun*
USAO No. 2024R00486